27623. KENT, receiver, *v.* HAIR.

DECIDED SEPTEMBER 22, 1939.

654

*Whitaker & Whitaker, S. W. Fariss,* for plaintiff.
*Maddox & Griffin, Wright & Covington,* for defendant.

FELTON, J. (After stating the foregoing facts.) Assuming that the Tennessee statute is open to the construction that the release of a cosurety or co-obligor does not release the other surety or obligor when the parties other than those not released stipulate that such other surety or obligor be not released, such a construction is contrary to the public policy of this State, as expressed by the Code, §§ 20-910, 103-201, and will not be enforced. Code, § 102-110; *Shore Acres Properties Inc.* v. *Morgan,* 44 *Ga. App.* 128 (160 S. E. 705); *Sally* v. *Bank of Union,* 150 *Ga.* 281 (3) (103 S. E. 400); *Ulman, Magill & Jordan Woolen Co.* v. *Magill,* 155 *Ga.* 555 (117 S. E. 657). It is unnecessary to pass upon the

other assignments of error. The court did not err in dismissing the action on the motion in the nature of a general demurrer.

*Judgment affirmed. Stephens, P. J., concurs. Sutton, J., concurs specially.*